# UNITED STATES DISTRICT COURT
for the
CENTRAL DISTRICT OF UTAH

| | | |
|---|---|---|
| AMERICAN CHARITIES FOR REASONABLE FUNDRAISING REGULATION, INC., and RAINBOW DIRECT MARKETING, LLC, | ) | |
| Plaintiffs | ) | Case No. 2:08-cv-875 |
| v. | ) | |
| DANIEL O'BANNON, Director of the Utah Division of Consumer Protection, Department of Commerce for the State of Utah, | ) | |
| Defendant | | |

**NOTICE OF APPEAL**

Notice is hereby given that American Charities for Reasonable Fundraising Regulation, Inc. and Rainbow Direct Marketing, LLC, Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the 10th Circuit from a final order entered in this action on October 10, 2017 (Document #434) and the non-final orders entered on February 8, 2012 (signed on February 7, 2012 – Document #151) and September 13, 2016 (Document #399).

Date: November 9, 2017

Charles H. Nave, Esq.

/s/ Charles Nave________________________

Attorney for all Plaintiffs
Charles H. Nave, P.C.
316 Mountain Avenue, SW
Roanoke, VA 24016
charlie@nave-law.com
540 345 8848